America (Plaintiff)
vs
James Emmitt Coleman
Defendant

Docket No: 4:18-cr-00075-CDP-1
Honorable Judge Catherine D. Perry

# PETITION TO THE COURTS FOR RELEASE UNDER "EXTRAORDINARY CIRCUMSTANCE"

**RECEIVED APR 20 2020 BY MAIL**

I JAMES COLEMAN the petitioner here by request release from incarceration to the federal courts in the Eastern District to the presiding judge Catherine D. Perry. The circumstances of the new found Pandemic caused by Coronavirus or known as covid 19 has claimed the lives of more than 25 thousand United States Citizens to date at least fifty of those being BOP inmates. As the virus (covid-19) has started to spread through prison all across america we are all at risk, so forth that the BOP has stated the release of numerous inmates under what criteria we do not know for certain but of what we are told by staff at the prison which then contradicts itself when a inmate whom we know does not meet the criteria is released, or one who does meet the criteria is not released. Pertaining to I James Coleman faces the high risk of death if infected with covid-19 because of a incident in 2012 which left me with a collapsed lung which I went through two different surgeries getting chest tubes inserted. A respiratory issue could be fatal. Enclosed is a Education sentry showing the numerous programs and classes completed and disciplinary sentry showing I had zero write ups or infractions while incarcerated. I also maintained a job from May 21 to Feb 29 upon transferring in the unicor program but I had to keep the checkstub knowing I am going to have to appeal my first step act earned timed credits. The terry mill at terre Haute for verification issues. Your honor I was recently put in for halfway house and no the institution did not exercise the option recently granted by attorney general Barr to move my home confinement date up. Luckily my wife Latricia Coleman works from home but with the schools and daycares closed my children are forced to stay home causing my wife to try and do her job as a travel agent while my seven year old son James Coleman jr to watch his siblings four year old Jalen and two year old Jalea Coleman.

I also have been contacted by the Family Courts of St. Louis County in which my son Semaj Bulgin has been put into foster care. Because of the lack of just humanity Terre Haute Counselor K. Hart did not set up my video court due to he knowingly going to be on vacation on the date and I was not able to be a part of it. So here I ask of your permission to be released "Compassionate Release" to home confinement at 10201 Reba Drive Saint Louis Mo, 63136.

*James Coleman*

```
  SPGBI         *           INMATE EDUCATION DATA       *      04-11-2020
PAGE 001 OF 001 *                 TRANSCRIPT            *      08:53:49

REGISTER NO: 47801-044    NAME..: COLEMAN                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: SPG-SPRINGFIELD USMCFP

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
SPG  ESL HAS    ENGLISH PROFICIENT         04-30-2019 0954 CURRENT
SPG  GED HAS    COMPLETED GED OR HS DIPLOMA 09-09-2019 1150 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
THA        RPP6 GROWTH & DEVELOPMENT    02-03-2020 02-03-2020   P   C  P    1
THA        RPP5 RELEASE REQUIREMENTS    02-03-2020 02-03-2020   P   C  P    1
THA        RPP4 COMMUNITY RESOURECES-USPO 02-03-2020 02-03-2020 P   C  P    1
THA        RPP4 COMMUNITY RESOURCES-RRC 02-03-2020 02-03-2020   P   C  P    1
THA        RPP4 COMMUNITY RESOURCES-RRC 01-30-2020 01-30-2020   P   C  P    1
THA        RPP3 PERSONAL FINANCE/CONSUMER 01-30-2020 01-30-2020 P   C  P    1
THA        RPP2 EMPLOYMENT RESUME WRITING 01-30-2020 01-30-2020 P   C  P    1
THA        RPP(1) HEALTH AND NUTRITION  01-30-2020 01-30-2020   P   C  P    1
THA        ACE SOCIOLOGY CLASS          11-01-2019 11-30-2019   P   C  P   12
THA        ACE INTRODUCTION TO SPANISH  11-01-2019 11-30-2019   P   C  P   12
THA        ACE THE PLUMBING PROFESSION  06-27-2019 07-18-2019   P   C  P   12
THA        ACE ELECTRICAL TRADE         06-27-2019 07-18-2019   P   C  P   12
THA        ACE MONEY SMART PART 1 (1-5) 04-09-2019 05-16-2019   P   C  P   12
THA        ACE FOOD SAFETY CLASS        04-09-2019 05-16-2019   P   C  P   12




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   SPGBI           *        INMATE DISCIPLINE DATA          *     04-11-2020
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *     08:54:13

REGISTER NO: 47801-044 NAME..: COLEMAN, JAMES EMMITT
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO 12 MOS PRIOR TO 04-11-2020




G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

Rick Gaines
Chief Juvenile Officer

Carol Bader
Director of Child Protective Services

Deborah Woodside
Director of Delinquency Services

Chimene Laskley
Managing Attorney of Legal Department

**St. Louis County Juvenile Office**
**105 S. Central Avenue**
**Clayton, Missouri  63105**

Telephone: 314-615-4400
Fax: 314-615-4477
TTY Relay MO 711

January 23, 2020

James Emmitt Coleman
FCI Terre Haute
Register #: 47801-044
Federal Correctional Institution
PO box 33
Terre Haute, IN 47808

RE:   King S. Bulgin
DOB:  8-23-15

Dear James Coleman,

I am writing this letter to inform you that the Family Court of St. Louis County took judicial custody of your child, King, on January 21st, 2020 due to allegations of abuse/neglect.

Enclosed you will find three forms that you will need to carefully review.  The first form provides you with notice of the protective custody hearing to be held in this matter.  PLEASE NOTE THE DATE AND TIME OF THE PROTECTIVE CUSTODY HEARING.

The second is notice of your rights and duties <u>as a parent</u>.  Please review this form carefully.

The third form is a financial statement.  You have a right to be represented by an attorney in this matter.  If you desire to be represented by an attorney, but feel you cannot afford one, you must complete the enclosed financial statement and return it to me as soon as possible.  Once the court receives the form, it will be reviewed to determine if you qualify for a court-appointed attorney.  If an attorney is appointed to represent you, you will be notified of the name of that attorney.  The court may order you to pay some or all of the attorney's fees incurred by you in this matter.  If an attorney is not appointed to represent you, you may hire a private attorney or represent yourself.

Since the Court has taken Judicial Custody of King they are in the legal custody of the Children's Division (CD) for placement outside of your home.  A CD worker has been assigned to your case.  The worker is Erin Moore and she may be reached at 314-264-0715.  The CD worker will be contacting you.

Should you have any questions regarding the above information, please contact me at (314) 615-2971.  If I am not available at the time of your call please leave a message with a return phone number and I will return your call at my earliest convenience.

Sincerely,

*Kali Malare*

Kali Malare
Deputy Juvenile Officer

NEG_108 PROT CUS HRG LETT

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

APR 20 2020
BY MAIL

Circuit clerk of Judge C.D. Perry
111 S. 10th Street
Saint Louis Mo, 63102

63102-112599