IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18CR00075 CDP-1 |
| JAMES EMMITT COLEMAN, | ) ) ) |
| Defendant. | ) ) |

**<u>MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE</u>**

Comes now James Emmitt Coleman, through his attorney, Lee T. Lawless, Federal Public Defender, and requests an extension of time in which to reply to the Government's Response to his Motion for Compassionate Release filed on July 8, 2020. Counsel requires additional time to prepare the motion. Therefore, counsel requests an additional 21 days, up to and including July 29, 2020, to file his reply.

Respectfully submitted,

/s/Lee T. Lawless
LEE T. LAWLESS
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lee_Lawless@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John T. Bird Assistant United States Attorney.

/s/Lee T. Lawless
LEE T. LAWLESS
Federal Public Defender