UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:18 CR 75 CDP |
| JAMES EMMITT COLEMAN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that the defendant's motion for an in person hearing [105] is granted and the final **supervised release revocation hearing** in this matter is reset from Wednesday, April 28, 2021 at 3:00 p.m. to **Monday, May 10, 2021 at 11:00 a.m.** in courtroom 16-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2021.