UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CR 75 CDP |
| | ) | |
| JAMES EMMITT COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the U.S. Probation Office's request to withdraw the warrant is granted. The May 10, 2021 supervised release revocation hearing in this matter is vacated and Defendant James Emmitt Coleman is to be released from U.S. Marshal custody to the U.S. Probation Officer for admission to a half-way house.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2021.